**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**BEATRIZ MOURA LAGARTO,**

      **Plaintiff,**

    **v.**

**JOSEPH B. EDLOW,**
*Director, USCIS, et al.*,

      **Defendants.**

      **Civil Action 2:26-cv-360**
      **Judge Michael H. Watson**
      **Magistrate Judge Chelsey M. Vascura**


**ORDER**

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 5). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **SEPTEMBER 3, 2026**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE SEPTEMBER 3, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.


    **IT IS SO ORDERED.**


        /s/ *Chelsey M. Vascura*
        CHELSEY M. VASCURA
        UNITED STATES MAGISTRATE JUDGE